ORDER
Appellants have filed a petition for rehearing and rehearing en banc. Appellees have filed a response in opposition to the petition.
Judge Niemeyer and Judge Floyd voted to deny the petition for rehearing. Judge Gregory voted to grant the petition for rehearing.
A member of the court requested a poll on the petition for rehearing en banc. Judge Gregory voted to grant rehearing en banc. Chief Judge Traxler and Judges Wilkinson, Niemeyer, Motz, King, Shedd, Duncan, Agee, Davis, Keenan, Wynn, Diaz, Floyd, and Thacker voted to deny rehearing en banc.
The petition for rehearing is denied, and, because the poll on rehearing en banc failed to produce a majority of judges in active service in favor of rehearing en banc, the petition for rehearing en banc is also denied. Judge Gregory filed an opinion dissenting from the denial of rehearing en banc.
Entered at the direction of Judge Floyd for the court.